UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRISON BURTON,<br><br>    Petitioner,<br><br>    v.<br><br>DANIEL PARAMO, Warden,<br><br>    Respondent. | NO. CV 18-0148-DOC (AGR)<br><br>JUDGMENT |

    Pursuant to the Order of Dismissal,

    IT IS ADJUDGED that the Petition in this matter is dismissed without prejudice to Petitioner's ability to file a civil rights complaint.

DATED: January 23, 2018

                                                  David O. Carter<br>
                                       United States District Judge